■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD DATSUN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered March 31, 1986, convicting him of robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In ruling on the defendant's motion to preclude the prosecutor from cross-examining him as to prior convictions, the trial court should have undertaken a more careful balancing of the prejudicial effect of evidence of prior convictions against their probative value after hearing counsel's arguments *(see, People v Sandoval,* 34 NY2d 371). However, the ruling did not amount to a failure to exercise discretion or to an improvident exercise of discretion that would warrant reversal *(cf., People v Williams,* 56 NY2d 236, 239).

We have considered the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be either unpreserved for appellate review or without merit. Mangano, J. P., Thompson, Lawrence and Kunzeman, JJ., concur.